Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102-5311
T: (973) 622-3333

Timothy H. Kratz (tkratz@mcguirewoods.com)
Robert L. Florence (rflorence@mcguirewoods.com)
George J. Barry III (gbarry@mcguirewoods.com)
Karen L. Carroll (kcarroll@mcguirewoods.com)
Michael L. Binns (mbinns@mcguirewoods.com)
Marcus A. Barber (mbarber@mcguirewoods.com)
**MCGUIREWOODS LLP**
1230 Peachtree Street N.E., Suite 2100
Atlanta, Georgia  30309-3534
T: (404) 443-5500

Attorneys for Mylan Pharmaceuticals Inc.,
Mylan Inc. and Famy Care Ltd.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, | Civil Action No. 3:11-cv-06844-JAP-DEA |
| Plaintiff, | (Consolidated with C.A. No. 3:11-cv-07228-JAP-DEA for pretrial purposes) |
| v. | **NOTICE OF WITHDRAWAL OF PRO HAC VICE COUNSEL** |
| MYLAN INC., MYLAN PHARMACEUTICALS INC. and FAMY CARE LTD., | |
| Defendants. | *DOCUMENT FILED ELECTRONICALLY* |

**PLEASE TAKE NOTICE** that Anil H. Patel, of the firm of McGuireWoods LLP,

hereby withdraws as *pro hac vice* counsel for defendants Mylan Inc., Mylan Pharmaceuticals

Inc., and Famy Care Ltd. (collectively "Defendants") in the above matter.  This withdrawal shall

be effective immediately.  Accordingly, please remove Anil H. Patel from the list of NEF

recipients in this matter.

**PLEASE TAKE FURTHER NOTICE** that both Saiber LLC and McGuireWoods LLP

shall continue to serve as counsel for Defendants, and that all further notices and pleadings,

exclusive of original process, are to be served upon Saiber LLC and McGuireWoods LLP at their

respective addresses of record.

Dated: April 29, 2013            Respectfully submitted,

**SAIBER LLC**
*Attorneys for Defendants Mylan Pharmaceuticals*
*Inc., Mylan Inc., and Famy Care Ltd.*

s/ Arnold B. Calmann
Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102-5311
(973) 622-3333

Timothy H. Kratz (tkratz@mcguirewoods.com)
Robert L. Florence
(rflorence@mcguirewoods.com)
George J. Barry III (gbarry@mcguirewoods.com)
Karen L. Carroll (kcarroll@mcguirewoods.com)
Michael L. Binns (mbinns@mcguirewoods.com)
Marcus A. Barber (mbarber@mcguirewoods.com)
**MCGUIREWOODS LLP**
1230 Peachtree Street N.E., Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5500