```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
                     Minutes of Proceeding
```

OFFICE: TRENTON

JUDGE DOUGLAS E. ARPERT, USMJ            Date: May 22, 2013


Court Reporter/ESR: Digitally Recorded


TITLE OF CASE:                    CIVIL 11-6844 (JAP/DEA)
                                  CIVIL 11-7228(JAP/DEA)


In re: WARNER CHILCOTT

APPEARANCES:

Rovin Patel, Esq., & Dominick Conde, Esq., & John Carlin, Esq. on behalf of Plaintiff.
Jacob Halpern, Esq., George Barry, Esq., Karen Confoy, Esq.,& Chris Griffith, Esq., on behalf of Defendants.


NATURE OF PROCEEDINGS: Telephone conference held on the record.


TIME COMMENCED: 2:10 PM            *s/Charmaine D. Ellington*
TIME ADJOURNED: 2:36 pM                   Deputy Clerk
TOTAL TIME: 24 minutes