RECEIVED
JUN 19 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MYLAN INC., MYLAN PHARMACEUTICALS INC. and FAMY CARE LTD., <br><br> Defendants. | Civil Action No. 3:11-cv-06844 (JAP)(DEA) |
| WARNER CHILCOTT COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | Civil Action No. 3:11-cv-07228 (JAP)(DEA) <br><br> **ORDER ON** <br> ***PRO HAC VICE* ADMISSION** |

This matter having been opened to the court by McCarter & English, LLP, attorneys for plaintiff Warner Chilcott Company, LLC ("Plaintiff"), William J. O'Shaughnessy appearing for an Order, pursuant to Local Civil Rule 101.1(c), allowing Dennis Gregory admission *pro hac vice* on behalf of Plaintiff; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

IT IS on this 19th day of June, 2013, ORDERED that:

1.  Dennis Gregory of Fitzpatrick, Cella, Harper & Scinto, a member in good standing of the Bar in which he is admitted, be hereby permitted to appear *pro hac vice* in this

ME1 15794049v.1

action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Plaintiff shall be signed by a member or associate of the firm of McCarter & English, LLP, who is admitted to practice before this Court, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is

FURTHER ORDERED that Dennis Gregory pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is

FURTHER ORDERED Dennis Gregory that shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

FURTHER ORDERED that Dennis Gregory shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that Dennis Gregory shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

So Ordered,

_____
Hon. Douglas E. Arpert, U.S.M.J.