RECEIVED
AUG - 5 2013
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN INC., MYLAN PHARMACEUTICALS INC. and FAMY CARE LTD.,<br><br>Defendants. | Civil Action No. 3:11-cv-06844-JAP-DEA<br><br>**CONSENT ORDER ADJOURNING DEADLINE FOR DEFENDANTS MYLAN INC., MYLAN PHARMACEUTICALS INC. AND FAMY CARE LTD. TO MOVE TO SEAL AND REDACT <u>ELECTRONIC TRANSCRIPT</u>** |
| WARNER CHILCOTT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 3:11-cv-07228-JAP-DEA<br><br>(Consolidated for pretrial purposes)<br><br>*DOCUMENT FILED ELECTRONICALLY* |

**THIS MATTER** having been opened to the Court by defendants Mylan Inc., Mylan Pharmaceuticals Inc., and Famy Care Ltd. (collectively "Defendants"), on notice to all counsel, seeking an adjournment of the deadline for Defendants to move to seal and redact the electronic transcript of the June 12, 2013 claim construction hearing held before the Honorable Joel A. Pisano, U.S.D.J.; and the Court having been informed in a letter from Defendants' counsel dated August 2, 2013, that Plaintiff has no objection and has consented to Defendants' requested relief; and the Court having considered the status of these proceedings, and for other and good cause having been shown,

IT IS on this ___5___ day of August, 2013,

**ORDERED** that the deadline for Defendants to move to seal and redact the June 12, 2013 claim construction hearing held before the Honorable Joel A. Pisano, U.S.D.J. be and the same is hereby extended through and including August 9, 2013.

_____
**HONORABLE DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**