Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102-5311
T: (973) 622-3333

Timothy H. Kratz (tkratz@mcguirewoods.com)
Robert L. Florence (rflorence@mcguirewoods.com)
Karen L. Carroll (kcarroll@mcguirewoods.com)
George J. Barry III (gbarry@mcguirewoods.com)
Marcus A. Barber (mbarber@mcguirewoods.com)
**MCGUIREWOODS LLP**
1230 Peachtree Street N.E., Suite 2100
Atlanta, Georgia  30309-3534
T: (404) 443-5500

Attorneys for Mylan Pharmaceuticals Inc.,
Mylan Inc. and Famy Care Ltd.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, ) | Civil Action No. 3:11-cv-06844-JAP-DEA |
| ) | |
| Plaintiff, ) | (Consolidated with C.A. No. 3:11-cv-07228-JAP-DEA for pretrial purposes) |
| ) | |
| v. ) | |
| ) | **NOTICE OF DEFENDANTS MYLAN INC., MYLAN PHARMACEUTICALS INC. AND FAMY CARE LTD.'S MOTION TO SEAL AND FOR REDACTION OF ELECTRONIC TRANSCRIPT** |
| MYLAN INC., MYLAN PHARMACEUTICALS ) INC. and FAMY CARE LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | *DOCUMENT FILED ELECTRONICALLY* |
| ) | |
| | Return date: September 3, 2013 |

**TO:**    William J. O'Shaughnessy (woshaughnessy@mccarter.com)
Elina Slavin (eslavin@mccarter.com)
Jonathan M.H. Short (jshort@mccarter.com)
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

>Dominick A. Conde (dconde@fchs.com)
>Brian V. Slater (bslater@fchs.com)
>Diego Scambia (dscambia@fchs.com)
>Joanne Garelick Goldstein (jgoldstein@fchs.com)
>Charlotte Jacobsen (cjacobsen@fchs.com)
>John D. Carlin (jcarlin@fchs.com)
>**FITZPATRICK, CELLA, HARPER & SCINTO**
>1290 Avenue of the Americas
>New York, NY 10104
>*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on **Tuesday, September 3, 2013**, at **10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel for defendants Mylan Inc., Mylan Pharmaceuticals Inc., and Famy Care Ltd. (collectively "Defendants") shall appear before the Honorable Douglas E. Arpert, U.S.M.J., **Clarkson S. Fisher Federal Building & U.S. Courthouse,** 402 East State Street, Trenton, New Jersey 08608, and shall move this Court, pursuant to Local Civil Rule 5.3(c), for an Order sealing and redacting the following portions of the Transcript of the claim construction hearing before District Judge Joel A. Pisano on June 12, 2013 [see ECF No. 88 in Civil Action No. 11-6844 and ECF No. 87 in Civil Action No. 11-7228] ("Transcript"):

- Page 48, lines 5-6: All words between "tastes like clams" and "MR. CONDE";
- Page 48, lines 8-13: All words between "Your Honor" and "THE COURT"; and
- Page 51, lines 6-10: All words between "palatable flavor" and "THE COURT".

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Defendants shall rely upon their accompanying Brief and the Declaration of Minaksi Bhatt.  Proposed Findings of Fact and Conclusions of Law and a proposed Order are also submitted for the Court's consideration.

Dated: August 9, 2013                               Respectfully submitted,

                                      **SAIBER LLC**
*Attorneys for Defendants Mylan Pharmaceuticals Inc., Mylan Inc., and Famy Care Ltd.*

                                      s/ Arnold B. Calmann
Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102-5311
(973) 622-3333

Timothy H. Kratz (tkratz@mcguirewoods.com)
Robert L. Florence (rflorence@mcguirewoods.com)
George J. Barry III (gbarry@mcguirewoods.com)
Karen L. Carroll (kcarroll@mcguirewoods.com)
Marcus A. Barber (mbarber@mcguirewoods.com)
**MCGUIREWOODS LLP**
1230 Peachtree Street N.E., Suite 2100
Atlanta, Georgia  30309-3534
(404) 443-5500