Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Jakob B. Halpern (jbh@saiber.com)
**SAIBER LLC**
One Gateway Center, Suite 1000
Newark, New Jersey 07102-5311
T: (973) 622-3333

Timothy H. Kratz (tkratz@mcguirewoods.com)
Robert L. Florence (rflorence@mcguirewoods.com)
Karen L. Carroll (kcarroll@mcguirewoods.com)
George J. Barry III (gbarry@mcguirewoods.com)
Marcus A. Barber (mbarber@mcguirewoods.com)
**MCGUIREWOODS LLP**
1230 Peachtree Street N.E., Suite 2100
Atlanta, Georgia  30309-3534
T: (404) 443-5500

Attorneys for Mylan Pharmaceuticals Inc.,
Mylan Inc. and Famy Care Ltd.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, | Civil Action No. 3:11-cv-06844-JAP-DEA |
| Plaintiff, | (Consolidated with C.A. No. 3:11-cv-07228-JAP-DEA for pretrial purposes) |
| v. | |
| | **CERTIFICATE OF SERVICE** |
| MYLAN INC., MYLAN PHARMACEUTICALS INC. and FAMY CARE LTD., | *DOCUMENT FILED ELECTRONICALLY* |
| Defendants. | |

ARNOLD B. CALMANN hereby certifies as follows:

I am an attorney-at-law of the State of New Jersey and a member of the firm of Saiber LLC, attorneys for defendants Mylan Inc., Mylan Pharmaceuticals Inc., and Famy Care Ltd. (collectively "Defendants") in the above matter.  I hereby certify that, on this 9th day of August, 2013, I caused a copy of Defendants' Notice of Motion to Seal and Redact, their Brief and the

Declaration of Minaksi Bhatt in support of same, proposed Findings of Fact and Conclusions of Law, and a proposed Order to be served on the following counsel by ECF and email:

>William J. O'Shaughnessy (woshaughnessy@mccarter.com)
>Elina Slavin (eslavin@mccarter.com)
>Jonathan M.H. Short (jshort@mccarter.com)
>**MCCARTER & ENGLISH, LLP**
>Four Gateway Center
>100 Mulberry Street
>Newark, NJ 07102
>
>Dominick A. Conde (dconde@fchs.com)
>Brian V. Slater (bslater@fchs.com)
>Diego Scambia (dscambia@fchs.com)
>Joanne Garelick Goldstein (jgoldstein@fchs.com)
>Charlotte Jacobsen (cjacobsen@fchs.com)
>John D. Carlin (jcarlin@fchs.com)
>**FITZPATRICK, CELLA, HARPER & SCINTO**
>1290 Avenue of the Americas
>New York, NY 10104
>*Attorneys for Plaintiffs*

>>/s Arnold B. Calmann
>>Arnold B. Calmann