William J. O'Shaughnessy
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Of Counsel:*
Dominick A. Conde
Brian V. Slater
John D. Carlin
Dennis Gregory
FITZPATRICK, CELLA, HARPER
 & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100

*Attorneys for Plaintiff*
*Warner Chilcott Company LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, | ) |
| Plaintiff, | ) C.A. No. 3:11-cv-06844-JAP-DEA |
| v. | ) |
| MYLAN INC., MYLAN PHARMACEUTICALS INC., and FAMY CARE LTD., | ) |
| Defendants. | ) |

**DECLARATION OF MARISSA T. KOVARY IN SUPPORT OF**
**PLAINTIFF'S LETTER TO OPPOSE DEFENDANTS'**
**APPLICATION REGARDING 30(B)(6) TESTIMONY ON PLAINTIFF'S R&D**
**EXPENDITURES FOR GENERESS® FE AND AGREEMENTS BETWEEN**
**PLAINTIFF AND THIRD-PARTY WATSON ON GENERESS® FE**

I, Marissa T. Kovary, of full age, declare as follows:

1. I am a member of the bar of the State of New York and have been admitted pro hac vice in this matter.

2. I am an attorney-at-law and an associate at the law firm Fitzpatrick, Cella, Harper & Scinto, counsel for Plaintiff Warner Chilcott Company, LLC ("Warner Chilcott") in the above-captioned proceeding.

3. I submit this declaration in support of Warner Chilcott's letter to oppose Defendants Mylan Inc.'s, Mylan Pharmaceuticals Inc.'s, and Famy Care Ltd.'s August 2, 2013, letter to the Court regarding Plaintiff's R&D expenditures for Generess® Fe and agreements between Plaintiff and Third-Party Watson on Generess® Fe.

4. Attached as **Exhibit 1** is a true and correct copy of an excerpt of the Patent License Agreement dated January 9, 2009. **[FILED UNDER SEAL]**

5. Attached as **Exhibit 2** is a true and correct copy of an excerpt of the Amended and Restated Patent License Agreement dated March 11, 2011. **[FILED UNDER SEAL]**

6. I have personal knowledge of the facts set forth in my declaration. If called upon as a witness regarding the matters set forth in this declaration, I could and would testify competently to them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: August 9, 2013

*/s/ Marissa Kovary*
Marissa T. Kovary, Esq.
mkovary@fchs.com