**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, | Civil Action No. 3:11-cv-06844-JAP-DEA |
| Plaintiff, | **ORDER GRANTING DEFENDANTS MYLAN INC., MYLAN PHARMACEUTICALS INC. AND FAMY CARE LTD.'S MOTION TO SEAL AND FOR REDACTION OF ELECTRONIC TRANSCRIPT** |
| v. | |
| MYLAN INC., MYLAN PHARMACEUTICALS INC. and FAMY CARE LTD., | |
| Defendants. | |

| | |
|---|---|
| WARNER CHILCOTT COMPANY, LLC, | Civil Action No. 3:11-cv-07228-JAP-DEA |
| Plaintiff, | (Consolidated for pretrial purposes) |
| v. | |
| LUPIN LTD. and LUPIN PHARMACEUTICALS, INC., | *DOCUMENT FILED ELECTRONICALLY* |
| Defendants. | |

**THIS MATTER** having been brought before the Court upon the Motion of defendants Mylan Inc., Mylan Pharmaceuticals Inc., and Famy Care Ltd. (collectively "Defendants"), pursuant to Local Civil Rule 5.3(c), to Seal and Redact portions of the Transcript of the claim construction hearing before District Judge Joel A. Pisano on June 12, 2013 [see ECF No. 88 in Civil Action No. 11-6844 and ECF No. 87 in Civil Action No. 11-7228] ("Transcript"); and the Court having considered the papers submitted in support of and in opposition to the within Motion; and the Court having considered and adopted the Findings of Fact and Conclusions of Law submitted by Defendants in support of the within Motion; and the

Court having further found that the standards of Local Civil Rule 5.3(c)(2) have been met and support the sealing of the confidential information set forth below; and the Court having considered oral argument of the parties, if any; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown;

**IT IS** on this ___22___ day of ___August___, 2013,

**ORDERED** that Defendants' Motion, pursuant to Local Civil Rule 5.3(c), to Seal and Redact portions of the Transcript of the claim construction hearing before District Judge Joel A. Pisano on June 12, 2013 [see ECF No. 88 in Civil Action No. 11-6844 and ECF No. 87 in Civil Action No. 11-7228] is hereby **GRANTED**; and it is further

**ORDERED** that the following portions of the Transcript of the claim construction hearing before District Judge Joel A. Pisano on June 12, 2013 [see ECF No. 88 in Civil Action No. 11-6844 and ECF No. 87 in Civil Action No. 11-7228] shall be sealed and maintained under seal by the Court:

- Page 48, lines 5-6: All words between "tastes like clams" and "MR. CONDE";
- Page 48, lines 8-13: All words between "Your Honor" and "THE COURT"; and
- Page 51, lines 6-10: All words between "palatable flavor" and "THE COURT";

and it is further

**ORDERED** that the Court Reporter shall electronically file public copies of the Transcript, redacted as consistent with this Order.

_____

**HONORABLE DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**

— Unopposed