```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       Minutes of Proceeding
```

OFFICE: TRENTON

JUDGE DOUGLAS E. ARPERT, USMJ         Date: September 13, 2013

Court Reporter/ESR: Digitally Recorded

TITLE OF CASE:                        CIVIL 11-6844 (JAP/DEA)
                                      CIVIL 11-7228(JAP/DEA)

In re: WARNER CHILCOTT

APPEARANCES:

Made on the record per Judge Arpert.

NATURE OF PROCEEDINGS: Telephone conference held on the record.

Order to follow.

TIME COMMENCED: 12:00 PM          s/Charmaine D. Ellington
TIME ADJOURNED: 12:15 PM                 Deputy Clerk
TOTAL TIME: 15 minutes